**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

SEP 20 2018

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

KENNETH BERBERICH,

               Plaintiff-Appellant,

   v.

JOANNA S. KISHNER,

               Defendant-Appellee.

No. 17-16476

D.C. No. 2:17-cv-00818-JCM-VCF

MEMORANDUM[*]

Appeal from the United States District Court
for the District of Nevada
James C. Mahan, District Judge, Presiding

Submitted September 12, 2018[**]

Before:    LEAVY, HAWKINS, and TALLMAN, Circuit Judges.

    Kenneth Berberich appeals from the district court's judgment dismissing his 42 U.S.C. § 1983 action arising from state court proceedings. We have jurisdiction under 28 U.S.C. § 1291. We review de novo the district court's dismissal on the basis of judicial immunity. *Romano v. Bible*, 169 F.3d 1182, 1186 (9th Cir. 1999).

---

    [*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

    [**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

We affirm.

The district court properly dismissed Berberich's action because Judge Kishner is entitled to judicial immunity. *See id.* ("Judges . . . are absolutely immune from damages for acts performed within their judicial capacities." (emphasis omitted)); *Schucker v. Rockwood*, 846 F.2d 1202, 1204 (9th Cir. 1988) ("A judge loses absolute immunity only when [the judge] acts in the clear absence of all jurisdiction or performs an act that is not judicial in nature.").

Appellee's motion to dismiss (Docket Entry No. 30) is denied as moot.

**AFFIRMED.**